United States Court of Appeals
Fifth Circuit

**F I L E D**

**April 21, 2004**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 03-41536
Conference Calendar
_____

JOSE SANTOS GALLEGOS,

Petitioner-Appellant,

versus

JONATHON DOBRE, Warden,

Respondent-Appellee.

--------------------
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:01-CV-158
--------------------

Before JOLLY, JONES, and SMITH, Circuit Judges.

PER CURIAM:[*]

Jose Santos Gallegos, federal prisoner #18816-077, appeals from the district court's dismissal of his 28 U.S.C. § 2241 petition. Gallegos argues that the district court erred by holding that his 28 U.S.C. § 2241 petition was subject to dismissal because it did not warrant application of the "savings clause" set forth in 28 U.S.C. § 2255.

Because Gallegos's claim fails to meet the requisite standard, the "savings clause" is not applicable to Gallegos's

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

28 U.S.C. § 2241 petition.  <u>See</u> <u>Reyes-Requena v. United States</u>, 243 F.3d 893, 904 (5th Cir. 2001).  Accordingly, the district court's judgment is AFFIRMED.